# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| POLYLOK, INC. et al. ) | |
| ) | |
| Plaintiffs ) | |
| vs. ) | Civil Action No. 3-12-CV-535-S |
| ) | |
| BEAR INSITE, LLC et al. ) | |
| ) | |
| Defendants ) | |

## SUGGESTION OF BANKRUPTCY

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes now the Defendant, Michael Jay Hornback, by counsel, and hereby notifies the Court that on October 7, 2020, he filed a voluntary petition for relief pursuant to Chapter 7 of 11 U.S.C. (Bankruptcy Code), Case No. 20-10794, filed with the U.S. Bankruptcy Court for the Western District of Kentucky, Bowling Green Division.

Respectfully submitted,

*/s/ David M. Cantor*
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Defendant, Michael Jay Hornback*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2020, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. District Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee, and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

                                                        */s/ David M. Cantor*
                                                         DAVID M. CANTOR

g:\doc\dmc\hornback, michael\sugg of bk.docx